FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

Henderson #224554 State Miss # B.O.P #09151-003
(Last Name)   (Identification Number)

Darrell              Lynn
(First Name)    (Middle Name)

CMCF  B-D-#4
(Institution)

P.O. Box 88550 Pearl, Miss 39288
(Address)
(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 15 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

V.   CIVIL ACTION NUMBER: 1:19cv717 LG-RHW
(to be completed by the Court)

George Co. Regional Corr. Facility
Sheriff Keith Havard
Warden Bobby Fairley
Mantnance - Mr. McMillian  and names of staff involved
(Enter the full name of the defendant(s) in this action)  I need 1st names

### GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (✓)   No (  )

B. Are you presently incarcerated?
Yes (✓)   No (  )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes (✓)   No (  )

D. Are you presently incarcerated for a parole or probation violation?
Yes (  )   No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes (  )   No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes (✓)   No (  )

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Darrell Lynn Henderson    Prisoner Number: #224554

Address: CMCF B-D-#4
P.O. Box 88550
Pearl, MISS   39288

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Keith Havard / Bobby Fairley    is employed as Sheriff / Warden

at George County regional correctional facility

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:                              ADDRESS:
Darrell Henderson                  CMCF B-D-#4
P.O. Box 88550                     Pearl, MISS. 39288

DEFENDANT(S):

NAME:                              ADDRESS:
Keith Havard                       George County Sheriff
Bobby Fairley                      George Co. Warden
Mc Millian                         George Co. maintnance

| OTHER LAWSUITS FILED BY PLAINTIFF |
|---|
| NOTICE AND WARNING |
| The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed. |

A.  Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (✓)

B.  If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

CASE NUMBER 2.

1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Sheriff - Involved with decisions made of bond and I feel corporal punishment towards me

Warden - Same as above and other issues of dehumanizing at institution

Maintnance Man - having pulled a sprinkler system out of my cell placeing we in danger of fire hazard

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

monetary relief, punitive relief and all my legal issues fixed because of them over riding a federal judge

Signed this 30 day of September, 2019.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_____
Signature of plaintiff